# EXHIBIT B

April 24, 2020

Ryan Griffin
Griffin Law PLLC
312 W 8th Street
Dallas, Texas 75208
214.500.1797 Telephone
ryan@griffiniplaw.com

**Via USPS CMRRR No. 7018 1130 0000 6021 3384**

Charter Communications
Attn: Legal
400 Atlantic Street
Stamford, CT 06901

Re:   United States Patent No. 6,508,678

Dear Sir/Madam:

    I hope this letter finds you well. I am intellectual property counsel for Oceana Innovations LLC, assignee of United States Patent No. 6,508,678 ("the '678 patent").[1] I write to invite Charter Communications ("Charter") to take a non-exclusive license to the '678 patent.

    The '678 patent is relevant to electrical connector assemblies, such as HDMI connectors. Charter sells numerous products that incorporate HDMI connectors, including receivers and DVRs. The Spectrum 200-h HD Digital Receiver is one example. I draw your attention to claim 1 of the '678 patent and the enclosed claim chart, which shows the relevance of the '678 patent to Charter's products. Charter may wish to have its patent counsel examine the '678 patent to determine whether it would like to take a non-exclusive license to the patent.

    Please let me know whether Charter is interested in taking a license to the '678 patent. Thank you in advance for your cooperation in this matter. I look forward to a productive dialog.

Very truly yours,

Ryan Griffin

---

[1] A copy of the '678 patent is publicly available at https://patents.google.com/patent/US6508678B1/.