# EXHIBIT C

# Application of U.S. Patent No. 6,508,678 to Charter Communications

# U.S. Patent No. 6,508,678 – Claim 1

[PRE] An electrical connector assembly, comprising:

[A] a plug that includes a plug housing having a first mating portion, and a plurality of plug terminals mounted inside said plug housing, said first mating portion being defined by a multi-sided first confining wall; and

[B] a receptacle that includes a receptacle housing having a second mating portion to mate with said first mating portion, and a plurality of receptacle terminals mounted inside said receptacle housing, said second mating portion being defined by a multi-sided second confining wall,

[C] each of said first and second confining walls having opposite first and second sides, a pair of opposite third sides respectively connected to two opposite ends of said first side, a pair of fourth sides respectively connected to two opposite ends of said second side, and a pair of fifth sides each extending between and interconnecting one of said third sides and one of said fourth sides, said first side being longer than said second side, said first and second sides being longer than each of said third sides, the width between said third sides being greater than that between said fourth sides, said fifth sides being angled away from each other while extending from said fourth sides to said third sides;

[D] wherein said first and second sides are substantially parallel, and said third sides are substantially perpendicular to said first side; and

[E] wherein said fourth sides extend obliquely from said second side.

| Claim 1 | Application of U.S. Patent No. 6,508,678 to Charter Communications |
|---|---|
| [PRE] An electrical connector assembly, comprising: | Charter Communications ("Charter") and purchasers/users of Charter devices make, use, offers to sell, sell, and/or import into the United States the claimed "electrical connector assembly." As illustrated herein Charter devices that include one or more HDMI ports (e.g., receivers, DVRs) satisfy the claimed "electrical connector assembly."<br><br>[Image showing Spectrum self-installation kit contents: Instructions, Spectrum Receiver, Power Cord, Remote, Two Batteries, Coax Cables, HDMI Cable, Coax Splitter (may be needed)]<br><br>Self-Installation: Spectrum TV, *available at* https://www.youtube.com/watch?v=kGKGmwic5rM<br><br>Moreover, Charter instructs and encourages end users of Charter devices to make or use the claimed "electrical connector assembly" by advertising Charter devices support HDMI and providing instructional materials and user guides that instruct users to connect an HDMI cable to an HDMI port on a Charter device. By providing HDMI port(s) on Charter devices, Charter also contributes to the making or use of the claimed "electrical connector assembly." Such ports are a material part of the claimed "electrical connector assembly" and are not suitable for noninfringing use. |

| Claim 1 | Application of U.S. Patent No. 6,508,678 to Charter Communications |
|---|---|
| [A] a plug that includes a plug housing having a first mating portion, and a plurality of plug terminals mounted inside said plug housing, said first mating portion being defined by a multi-sided first confining wall; and | An HDMI cable or peripheral device (e.g., Amazon Fire TV Stick, Roku Streaming Stick, Google Chromecast) designed to plug into an HDMI port includes a plug that includes a plug housing having a first mating portion, and a plurality of plug terminals mounted inside said plug housing, said first mating portion being defined by a multi-sided first confining wall.<br><br>Self-Installation: Spectrum TV, *available at* https://www.youtube.com/watch?v=kGKGmwic5rM<br><br>https://en.wikipedia.org/wiki/HDMI |

| Claim 1 | Application of U.S. Patent No. 6,508,678 to Charter Communications |
|---|---|
| [B] a receptacle that includes a receptacle housing having a second mating portion to mate with said first mating portion, and a plurality of receptacle terminals mounted inside said receptacle housing, said second mating portion being defined by a multi-sided second confining wall, | An HDMI input/port on an Charter device is a receptacle that includes a receptacle housing having a second mating portion to mate with said first mating portion, and a plurality of receptacle terminals mounted inside said receptacle housing, said second mating portion being defined by a multi-sided second confining wall.<br><br><br><br>Spectrum Manufacturer's Quick Start Guide (Spectrum 100-H/Spectrum 200-H), pg. 2 *available at* https://www.youtube.com/watch?v=aFYfVibRNlo<br><br><br><br>Second mating portion defined by a multi-sided second confining wall |

| **Claim 1** | **Application of U.S. Patent No. 6,508,678 to Charter Communications** |
|---|---|
| [C] each of said first and second confining walls having opposite first and second sides, a pair of opposite third sides respectively connected to two opposite ends of said first side, a pair of fourth sides respectively connected to two opposite ends of said second side, and a pair of fifth sides each extending between and interconnecting one of said third sides and one of said fourth sides, said first side being longer than said second side, said first and second sides being longer than each of said third sides, the width between said third sides being greater than that between said fourth sides, said fifth sides being angled away from each other while extending from said fourth sides to said third sides; | As shown in the images below, for each of the first and second confining walls, the first side is longer than the second side, the first and second sides are longer than each of the third sides, the width between the third sides is greater than that between the fourth sides, and the fifth sides are angled away from each other and extend from the fourth sides to the third sides.  |

| Claim 1 | Application of U.S. Patent No. 6,508,678 to Charter Communications |
|---|---|
| [D] wherein said first and second sides are substantially parallel, and said third sides are substantially perpendicular to said first side; and<br><br>[E] wherein said fourth sides extend obliquely from said second side. | As shown in the images below, the first and second sides are substantially parallel, the third sides are substantially perpendicular to the first side, and the fourth sides extend obliquely from the second side. |